**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Spencer Neal,**

    **Plaintiff,**          **Case No. 2:20-cv-931**

    v.          **Judge Michael H. Watson**

**J A G Black Gold Management Company,**      **Magistrate Judge Jolson**

    **Defendants.**

### ORDER

Plaintiff moves pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss all claims against Defendant with prejudice.  Upon review, the Court **GRANTS** the same.  ECF No. 8.  The Clerk is **DIRECTED** to terminate ECF Nos. 8 and 9 and close this case.

    **IT IS SO ORDERED.**

                                             */s/ Michael H. Watson*
                                             **MICHAEL H. WATSON, JUDGE**
                                             **UNITED STATES DISTRICT COURT**